UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MICHAEL JOSEPH NILIO,

    Petitioner,

v.   Case No. 3:20-cv-499-BJD-PDB

SECRETARY, FLORIDA DEPARTMENT
OF CORRECTIONS, et al.,

    Respondents.
_____

## ORDER

Respondents shall file a response to Petitioner's Notice of Newly Discovered Evidence and Request for (30) Thirty Days to File in this Instant Case (Doc. 22) and Notice of Filing Newly Discovered Evidence (Doc. 23) by **January 12, 2022**. Petitioner states he has filed a new Rule 3.850 motion. Respondents should address whether this case should be administratively closed while Petitioner attempts to exhaust his state court remedies.

**DONE AND ORDERED** at Jacksonville, Florida, this 15th day of December, 2021.

_____
BRIAN J. DAVIS
United States District Judge

caw 12/8
c:
Michael Joseph Nilio, #661106
Counsel of Record