UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MICHAEL JOSEPH NILIO,

                Petitioner,

v.                                    3:20-cv-499-BJD-PDB

SECRETARY, FLORIDA
DEPARTMENT OF CORRECTIONS, (FDC),

                Respondent.

_____

## FLORIDA DEPARTMENT OF CORRECTIONS' COURT-ORDERED RESPONSE TO PETITIONER'S NOTICE OF NEWLY DISCOVERED EVIDENCE (Doc. 23)

COMES NOW, RESPONDENT, and responds to Petitioner notice of newly discovered evidence, as ordered in Doc. 24, and says:

1.  As already set forth in the Response to the Habeas Petition filed in this Court in May of 2021, the case is about Petitioner's assertion that had he known that the Duval County victim he shot (his girlfriend), was using his credit cards (and apparently "maxed" them out), while he was in jail after he was arrested, he would not have pled guilty in his Nassau County VOP cases, and apparently not in his underlying Duval County cases either. He called this "Newly Discovered Evidence." The state court's found that this information did not qualify as newly discovered

evidence and on the merits, that had he known about it, it would have been extremely unlikely that he would not have entered into the plea agreements and instead, would have gone to trial.  Petitioner also seems to be contesting the fact that Florida's First District Court of Appeals has barred him from filing any more appeals due to his excessive abuse of the judicial system.

2.  Petitioner had now filed another document he (again) calls a "Notice of Newly Discovered Evidence."  In this document he asserts that he has recently received a letter (October 2021) from the shooting victim in his Duval County cases which "demonstrated the credit card fraud orchestrated by [the victim] as asserted in this instant 2254 petition, but clearly and unambiguously demonstrates this Petitioner's innocent's [sic] in the underlying charges which gave rise to the violation of probation."  He also asks for 30 days to provide the court with this letter. **Doc. 22**.

3.  This Court has ordered Respondent to address this motion.  **Doc 24**.

4.  Respondents do not believe a great deal of analysis is necessary to see that whatever Petitioner has to offer would not be anything that has been seen by the state court system, and thus, it would not be exhausted and should be stricken.  Thus, Respondents would also object to the filing of the October 2021 letter or any more time.  This case is ripe for ruling.

2

WHEREFORE, the Respondent respectfully requests that this Court strike Petitioner's Notice of Newly Discovered Evidence and Motion for Extension of Time (to provide the letter, or whatever else he has in mind).

Respectfully submitted,

ASHLEY MOODY
ATTORNEY GENERAL

/s/ Barbara Debelius
BARBARA DEBELIUS
Assistant Attorney General
Florida Bar No. 0972282
Office of the Attorney General
PL-01, The Capitol
Tallahassee, FL 32399-1050
crimapptlh@myfloridalegal.com
Barbara.Debelius@myfloridalegal.com
(850) 414-3300
(850) 922-6674 (Fax)
Counsel for Respondent
[AGO #L20-1-01730]

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this response will be

mailed on December 16, 2021, to:

> MICHAEL JOSEPH NILIO, FDC# 661106
> GRACEVILLE CORRECTIONAL FACILITY
> 5168 EZELL RD.
> GRACEVILLE, FL 32440

/s/ Barbara Debelius