IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Case No. 3:20-cv-499-BJD-PDB

MICHAEL JOSEPH NILIO, Petitioner,

vs.

SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, et al,
Respondents.

## NOTICE OF SUBSTITUTION OF COUNSEL

NOTICE IS HEREBY GIVEN that the undersigned, Thomas H. Duffy, is now lead and sole counsel for Respondents in the above referenced action. All pleadings, orders and other papers should be addressed to him and to no prior counsel for Respondents, as this is a substitution of counsel.

Respectfully submitted,
ASHLEY MOODY
ATTORNEY GENERAL

/s/Thomas H. Duffy
THOMAS H. DUFFY
Florida Bar No. 470325
Assistant Attorney General
PL01 The Capitol
Tallahassee, FL 32399-1050
(850) 414-3300 (phone)
(850) 922-6674 (fax)
Thomas.duffy@myfloridalegal.com
crimapptlh@myfloridalegal.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY at true and correct copy of this Motion was provided by United States Mail to Michael Joseph Nilio, DC# 661106, Graceville Correctional Facility, 5168 Ezell Rd., Graceville, FL 32440 on January 20, 2022.

/s/Thomas H. Duffy
THOMAS H. DUFFY