UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MICHAEL JOSEPH NILIO,

      Petitioner,

v.                                    Case No. 3:20-cv-499-BJD-PDB

SECRETARY OF THE FLORIDA
DEPARTMENT OF CORRECTIONS and
FLORIDA ATTORNEY GENERAL,

      Respondents.
_____

## ORDER

Construing the notice for substitution of counsel as a motion to withdraw, Doc. 26, the Court (1) **grants** the motion, (2) **permits** Barbara Debelius-Enemark to withdraw from representing the respondents in this action, and **directs** the clerk to modify the docket accordingly.

Thomas Duffy's filing of the motion serves as his appearance in this action. *See* Local Rule 2.02(b)(1). As the only lawyer for the respondents, he is considered lead counsel for them. *See* Local Rules 1.01(d)(9), 2.02(a).

To advance efficiency and convenience under the circumstances, awaiting a response from the petitioner is unnecessary, and the requirements for a motion to withdraw are suspended. *See* Local Rules 1.01(b), 2.02(c).

Both sides are directed to read the revised Local Rules, effective February 1, 2021.

**Ordered** in Jacksonville, Florida, on January 20, 2022.

*PATRICIA D. BARKSDALE*
*United States Magistrate Judge*

caw 1/20
c:
Michael Joseph Nilio, #661106
Counsel of Record