UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MICHAEL JOSEPH NILIO,

    Petitioner,

v.                                                                     Case No. 3:20-cv-499-BJD-PDB

SECRETARY, FLORIDA DEPARTMENT
OF CORRECTIONS, et al.,

    Respondents.
_____

## ORDER

In light of the Court's January 27, 2022 Order (Doc. 28) directing the case be stayed and held in abeyance for Petitioner to exhaust his state court remedies, the Court **STRIKES** Petitioner's Request for Court Ordered Subpoenas of Recorded Phone Conversations and E-mails of the Alleged Victim Sara Lee Snyder and John Kiedrowski (Doc. 29). Upon completion of the exhaustion of his state court remedies, Petitioner may move to reopen the case.

**DONE AND ORDERED** at Jacksonville, Florida, this 7th day of February, 2022.

_____
BRIAN J. DAVIS
United States District Judge

caw 2/7
c:
Michael Joseph Nilio, #661106
Counsel of Record

2